UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>LAURIE SMITH, et al.,<br><br>    Defendants. | Case No. 16-cv-03976-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 regarding events that took place while he was incarcerated at Santa Clara County Jail. On January 3, 2017, the Court dismissed Plaintiff's complaint with leave to amend, and directed Plaintiff to file an amended complaint within thirty days. Dkt. No. 13. The deadline has since passed and Plaintiff has failed to file an amended complaint or otherwise communicate with the Court.[1] Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and deadlines.

IT IS SO ORDERED.

Dated: March 31, 2017

JON S. TIGAR
United States District Judge

---

[1] Plaintiff has three other cases pending before the Court: Stewart v. Smith, et al., 16-cv-03977 JST ("Stewart II"); Stewart v. Rosen, 16-cv-03979 JST ("Stewart III"); and Stewart v. San Francisco Police Dept., 16-cv-04341 JST ("Stewart IV"). In Stewart II, Defendants have filed a notice of Plaintiff's death. In Stewart III and Stewart IV, amended complaints have been filed on behalf of Plaintiff, Plaintiff's minor son, and Plaintiff's ex-spouse, and the amended complaints state that Plaintiff is deceased. If Plaintiff's successors or estate wishes to continue this action, they may file a motion to re-open the case.